IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Samuel Michael Schildkraut

FILED

JUL 29 2024

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

Plaintiff,

COMPLAINT

v. Scott Smith
(prosecuting attorney)

CIVIL ACTION NO. 5:24-cv-147
Bailey

Defendant(s)

Paragraph 1: Jurisdiction

Paragraph 2, etc. : <u>Short</u> and <u>plain</u> statement of the claim showing that the pleader is entitled to relief.

Final paragraph: Demand for judgment for the relief to which the party deems himself entitled.

[signature]
Plaintiff, Pro Se

7-29-24
Date

NOTE: This form is ONLY A GUIDE; do NOT fill it in. Use a plain sheet of 8 ½ x 11 inch paper and set up your complaint in this format. In Paragraph 1, state the reason that you believe the Federal Court has jurisdiction of the matter about which you are filing your complaint. In paragraph 2, state the problem or the thing about which you are complaining and why you think you are entitled to relief or redress. In the last paragraph, state the amount of damages or the kind of relief to which you think you are entitled. Please type or legibly hand write your complaint. Do <u>not</u> use a pencil to hand write your complaint. DOUBLE-SPACE your complaint, and submit the original and two copies to the Clerk of Court, plus one additional copy for each defendant to be served.

1. <u>Jurisdiction</u>

Prosecuting Attorney Scott Smith has violated countless rights of mine. He is involved, for over 7 years now, having an alleged charge against me for unwanted internet communications.

He has had phone conversations with me that apparently he was not allowed to have.

He has been involved, or covered-up, threats towards me, stalking.

He knows that Angela Goodson (Delvecchio) has had internet communications with me.

I offered to turn myself in, or discuss legal actions I wish to pursue, but Smith did not even reply to my offer. Smith knew any charges were without merit. He knows press, police, judicial bar are letting him get away with it. Smith had no concern that this, and a staged arrest, have helped cover up that this was over my reporting Goodson and a homeless shelter for abuse towards my wife, elderly pets, and Smith doesn't care that witnesses were threatened for written statements of shelter director needing to be kept away from children. There is more. (FBI said no warrant or arrest).

2. <u>Short & Plain Statement</u> - for 8 years I have suffered emotional distress & more. Embarrassment on jobs.

3. Relief requested in the amount of seven million dollars.

7-29-24   [signature]   Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

__Samuel Michael Schildkraut__

Plaintiff,

v. __Scott Smith (prosecuting attorney)__

Civil Action No.: __5:24-cv-147__

Defendant(s)

## Certificate of Service

I, (your name here), appearing pro se, hereby certify that I have served the foregoing (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on (insert date here):

*(List name and address of counsel for defendant(s))*

*(sign your name)*